RICHARD CARROLL, PETITIONER-PETITIONER, v. GER-
MINSKY ELECTRIC COMPANY, INC., RESPONDENT-RE-
SPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Joseph Butt* for the petitioner.

*Mr. John W. Taylor* and *Mr. Everitt Rhinehart* for the
respondent.

November 5, 1956.

WARREN R. BEHM, PLAINTIFF-RESPONDENT, v. DOROTHY
H. BEHM, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Anthony P. LaPorta* for the petitioner.

*Mr. Nathan Reibel* for the respondent.